JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-07078 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Johnnie Crutchfield, | |
| Defendant | |

    Pursuant to the above stipulation of the parties,
Judgment is hereby entered in favor of Plaintiff, UNITED
STATES OF AMERICA, against Defendant, Johnnie Crutchfield,
in the principal amount of $2,566.52 plus interest accrued
to August 25, 2011, in the sum of $2,691.97; with interest
accruing thereafter at the daily rate of $0.58 until entry
of judgment, $53.14 as administrative charges, for a total
amount of $**5,311.63**.

DATED: 10/24/2011          By: ___Terry Nafisi___
                                Clerk of the Court

                                ___A. Martinez___
                                   Deputy Clerk
                           United States District Court