JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  vs.<br><br>Johnnie Crutchfield,<br><br>             Defendant | No. CV 11-07078<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Johnnie Crutchfield, in the principal amount of $2,566.52 plus interest accrued to August 25, 2011, in the sum of $2,691.97; with interest accruing thereafter at the daily rate of $0.58 until entry of judgment, $53.14 as administrative charges, for a total amount of **$5,311.63**.

DATED: 10/24/2011            By:    Terry Nafisi
                                                   Clerk of the Court
                                                      A. Martinez
                                                      Deputy Clerk
                                          United States District Court